## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Gregorio Serrano–Medina

Plaintiff,

v.

Three Sons Restaurant, Inc., et al.

Defendant.

Case No.: 1:16–cv–05908
Honorable Charles R. Norgle Sr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 28, 2017:

MINUTE entry before the Honorable Charles R. Norgle: Case dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs, except as otherwise provided by the parties' settlement agreement [15]. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.